No. 75–1272. Georgia Power Co. v. Cimarron Coal Corp. C. A. 6th Cir. Certiorari denied.

No. 75–1274. Watkins Motor Lines, Inc., et al. v. Zero Refrigerated Lines et al. C. A. 7th Cir. Certiorari denied.

No. 75–1291. Convalescent Care, Inc. v. Bates, Director, Department of Public Welfare, et al. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 75–1307. Sumpter v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 75–1322. Belcher v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 75–5916. Barnes v. United States. C. A. 3d Cir. Certiorari denied.

No. 75–6036. Gaither, aka Kelly v. United States. C. A. 4th Cir. Certiorari denied.

No. 75–6046. Alexander v. Kritzman et al. C. A. 9th Cir. Certiorari denied.

No. 75–6071. Carrillo v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6085. Dickinson v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–6105. Ferretti v. United States. C. A. 3d Cir. Certiorari denied.